FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 FEB -2 AM 9: 47

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW O. WETZEL | CIVIL ACTION |
| VERSUS | NO. 09-0128 |
| HAMMOND POLICE DEPT., HAMMOND CITY, GORDON ANDERSON, THOMAS MUSHINSKY, MICHAEL S. THOMPSON | SECTION: "D"(4) |

## ORDER

The court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Andrew O. Wetzel's 42 U.S.C. § 1983 claims against the defendants, the Hammond Police Department, the City of Hammond, Marshal Gordon Anderson, Police Officer Thomas Mushinsky, and Lieutenant Michael Thompson, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e) and § 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this _1st_ day of _Feb_____, 2010.

_____
UNITED STATES DISTRICT JUDGE